# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTWONE LONEZO WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-1746-AMM-GMB |
| MS. BOURQUE, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on January 13, 2022, recommending that the court deny the defendants' motion for summary judgment. Doc. 22. Although the magistrate judge advised the parties of their right to file objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendations. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **DENIED.**

This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 8th day of February, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE