Antwone Wilson

V.

Case No: 2:19-CV-1746-GMB

MS. Bourque

2022 MAR 18 P 1:01

## Motion Requesting Meditation Hearing No Trial Neccessary

Comes Now Antwone Wilson I decided To proceed with a Meditation hearing to expedite the case I don't think a Trial will be Neccessary. Thanks And Sorry For the inconvenience

Antwone L. Wilson

Antwone Wilson #270522
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL. 35023

BIRMINGHAM AL 350
16 MAR 2022 PM 6 L

Clerk office U.S. District Court
Hugo L. Black U.S Courthouse
1729 - 5th Avenue North
Birmingham, AL 35203