UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTWONE LONEZO WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-1746-GMB |
| | ) | |
| MS. BOURQUE, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the court is the defendants' Motion for Continuance of Pretrial Hearing. Doc. 38. For good cause shown, it is ORDERED that the motion is GRANTED. The Pretrial Conference is RESET for **May 13, 2022 at 11:00 a.m.** in the chambers of the undersigned within the Hugo L. Black U.S. Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. All attorneys who will participate in the trial of this case must attend the conference in person.

It is further ORDERED that on or before **May 9, 2022**, the parties shall submit a joint proposed pretrial order to the court in both Word and PDF formats via email to borden_chambers@alnd.uscourts.gov. The parties should use the format of the proposed pretrial order attached to the order of April 5, 2022. *See* Doc. 37-1.

The Clerk of the Court is DIRECTED to provide a copy of this order to Wilson and to the Warden at Donaldson Correctional Facility. Because he is represented by

counsel, Wilson is not required to be present at the pretrial conference.

    DONE and ORDERED on April 12, 2022.

                                            /s/ Gray M. Borden
                                            GRAY M. BORDEN
                                            UNITED STATES MAGISTRATE JUDGE